**Order entered July 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00849-CV

### CHRISTI CHAPMAN, Appellant

### V.

### XEN THI TRAN, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14119**

## ORDER

Before the Court is appellant's motion for extension to file notice of appeal. Based on the record before the Court, the Court **GRANTS** the motion. Appellant's June 27, 2014 notice of appeal shall be considered timely filed.

/s/    ADA BROWN
            JUSTICE